# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of January, two thousand and fifteen.

Before:     José A. Cabranes,
              *Circuit Judge*.

_____

SAKWE BALINTULO, as personal representative of SABA BALINTULO, *et al.*,
    Plaintiffs-Appellants,

v.

FORD MOTOR CO., *et al.*,
    Defendants-Movants,

GENERAL MOTORS CORP.,
    Defendant.

----------------------------------------------------------------

Lungisile Ntzebesa, *et al.*,
    Plaintiffs-Appellants,

Hans Langford Phiri,
    ADR Provider-Appellant,

v.

Sulzer AG, *et al.*,
    Defendants-Appellees.

_____

**ORDER**
Docket Nos. 14-4104 (L); 14-4129 (Con); 14-4130 (Con); 14-4131 (Con); 14-4132 (Con); 14-4135 (Con); 14-4136 (Con); 14-4137 (Con); 14-4138 (Con); 14-4139 (Con)

Docket Nos. 14-3589 (Con), 14-3607 (Con)

    The Ntzebesa Plaintiffs and Balintulo Plaintiffs move for an extension of time until January 28, 2015 to file a joint opening brief in these consolidated appeals.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                  For the Court:
                                  Catherine O'Hagan Wolfe,
                                  Clerk of Court

